**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, #104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
JORGE PEREZ ROBLES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.:  1:14-CR-00045 AWI |
| **Plaintiff,** | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| **JORGE PEREZ ROBLES,** | |
| **Defendant** | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kathleen Servatius, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant Jorge Perez Robles, that the sentencing hearing currently set for Monday, February 23, 2015, may be continued to March 30, 2015 at 10:00 a.m.

    The reason for this continuance is to allow the United States Probation Department additional time to conduct its investigation and prepare a presentence report.  The Defendant was unable to attend his scheduled interview with the assigned probation officer due to his incapacitation from the onset of hemorrhoids.  A rescheduled appointment for interview is necessary, but would frustrate the probation officer's current deadline, thus, this continuance is necessary.

    The United States Probation Office has been informed of this proposed order.

///

STIPULATION TO CONTINUE SENTENCING HEARING; ORDER

1

Dated: January 6, 2015                             BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   *By /S/  Kathleen Servatius*
                                                   KATHLEEN SERVATIUS
                                                   Assistant United States Attorney


Dated: January 6, 2015                             Respectfully submitted,

                                                   *By /S/ Dale A. Blickenstaff*
                                                   DALE A BLICKENSTAFF, Attorney for
                                                   JORGE PEREZ ROBLES


## ORDER

IT IS SO ORDERED.

Dated:   January 7, 2015                           _____
                                                   SENIOR DISTRICT JUDGE