**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
JORGE PEREZ ROBLES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>vs.<br><br>**JORGE PEREZ ROBLES,**<br><br>   Defendant | Case No.: 1:14-CR-00045-002<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR SURRENDER FOR SERVICE OF SENTENCE** |

It is hereby Stipulated, by and between the parties hereto, through their respective counsel, Kathleen Servatious, counsel for the United States and Dale A. Blickenstaff, counsel for the Defendant JORGE PEREZ ROBLES, that the date for surrender for service of sentence currently set for May 26, 2015, be continued or reset to June 9, 2015 before 2:00 p.m.

The reason for this request is that the Defendant learned for the first time on May 21, 2015, that he was designated by the Bureau of Prisons to River Correctional Institution near Winton, North Carolina. The surrender date fails to give Defendant enough time to make travel arrangements and get himself to the prison in a timely manner. Approximately, two weeks are necessary to make the travel arrangements.

Dated: May 21, 2015

                                        By /S/ Dale A. Blickenstaff_____

                                            DALE A BLICKENSTAFF, Attorney for
Defendant, JORGE PEREZ ROBLES

Dated:  May 21, 2015

                              <u>By /S/ Henry Carbajal on behalf of Kathleen Servatious</u>
KATHLEEN SERVATIOUS, Attorney for
Plaintiff, UNITED STATES OF AMERICA

### **ORDER**

IT IS ORDERED that the surrender date for service of sentenced shall be June 9, 2015, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  <u>May 22, 2015</u>                        _____
                                              SENIOR  DISTRICT  JUDGE