**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
JORGE PEREZ ROBLES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE PEREZ ROBLES,<br><br>Defendant | Case No.: 1:14-CR-00045-002<br><br>**DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY** |

Defendant, JORGE PEREZ ROBLES, by and through his attorney of record, Dale A. Blickenstaff, hereby requests an order exonerating the property bond and for reconveyance of real property in this action.

On March 19, 2014, Honorable Sheila Oberto, U.S. Magistrate Judge, ordered JORGE PEREZ ROBLES released from custody on a $79,659.84 property bond, which represented the full equity in real property owned by the Defendant's mother, Irene Perez. On April 8, 2014, a certified copy of the deed of trust for APN 471-321-23 (Fresno County document # 2014-0030159, and recorded on March 17, 2014, at the Fresno County Recorder) and an original straight note in the amount of $79,659.84 were received by the court.  See Docket Entry 25.

On March 30, 2015, this court sentenced Defendant to the custody of the United States Bureau of Prisons for a total term of 60 months as to Count 2 of the Indictment.  All other

relevant counts as to this Defendant were dismissed by the government.  Defendant was allowed to self surrender to the designated prison facility and did so on June 9, 2015.

      Since the Defendant has been sentenced and is in the custody of the Federal Bureau of Prisons, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Irene Perez.

Dated:  July 16, 2015

                                By /S/ Dale A. Blickenstaff
                                DALE A BLICKENSTAFF, Attorney for
                                Defendant, JORGE PEREZ ROBLES

## **ORDER**

It is hereby ordered that the property bond, for APN 471-321-23, in the above-captioned case be exonerated and title to the real property be reconveyed to Irene Perez.

IT IS SO ORDERED.

Dated:   July 16, 2015                            
                                     SENIOR  DISTRICT  JUDGE